[Civil No. 737.]

HENRY E. SLOSSER, Appellant, v. SALT RIVER VAL-
LEY CANAL COMPANY, a Corporation, Appellee.

APPEAL from the District Court of the Third Judicial
District in and for the County of Maricopa. Webster Street,
Judge.

W. H. Stilwell, and Kibbey & Edwards, for Appellant.

C. F. Ainsworth, for Appellee.

March 26, 1904. Modified in accordance with the opinion
in the case of *Gould* v. *Maricopa Canal Co.*, 8 Ariz. 429, 76
Pac. 598.

December 5, 1904. Dismissed with costs, 195 U. S. 639,
49 L. Ed. 356, 25 Sup. Ct. 792.

———

[Civil No. 875.]

WILLIAM J. MALLORY, Appellant, v. NELLIE MAL-
LORY, Appellee.

APPEAL from the District Court of the Third Judicial
District in and for the County of Gila. Edward Kent, Judge.

J. S. Sniffen, for Appellant.

L. F. Eggers, for Appellee.

October 29, 1904. Affirmed on short transcript.